PD-0797-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/29/2015 11:42:35 AM
Accepted 6/29/2015 5:03:19 PM
ABEL ACOSTA
CLERK

PD-0797-15

NO. _____

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

_____

ARTURO CHAVEZ
Petitioner,

V.

THE STATE OF TEXAS
Respondent.

_____

On Appeal from the 338th Judicial District Court of Harris
County, Texas - Trial Court No. 1338052
Appeal No. 01-14-00232-CR

_____

**MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

_____

TO THE HONORABLE JUSTICES OF SAID COURT:

Arturo Chavez, Appellant, moves this Court for a thirty-day extension of time to file his petition for discretionary review. The court of appeals issued its opinion on May 28, 2015, making a petition due on June 29, 2015. Counsel has been unable to complete a petition by the deadline due to numerous conflicts in his schedule. The matter that has consumed much of counsel's time in the last thirty days is *United State v. Robert Durst*, No, 15-CR-091, In the United States District Court, for the Eastern District of Louisiana, New Orleans, Louisiana. Counsel was responsible for researching and drafting pretrial motions in that complex case. Counsel requests an additional thirty days to prepare a petition on Appellant's behalf.

FILED IN
COURT OF CRIMINAL APPEALS

June 29, 2015

ABEL ACOSTA, CLERK

Respectfully submitted,

DeGUERIN, DICKSON, HENNESSY & WARD

*/s/Matt Hennessy*
Matt Hennessy
State Bar No. 00787677
1018 Preston, 7th Floor
Houston, Texas  77002
(713 223-5959 Telephone
(713) 223-9231 Facsimile
matt@deguerin.com

*Attorney for Petitioner*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing Motion for Extension of Time to File Petition for Discretionary Review has been delivered to all interested parties, via electronic filing, on June 29, 2015.

*/s/Matt Hennessy*
Matt Hennessy